UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anesthesia Associates of Ann
Arbor PLLC,

                   Plaintiff(s),

v.                                          Case No. 2:20−cv−12916−TGB−APP
                                              Hon. Terrence G. Berg

Blue Cross Blue Shield of
Michigan,

                   Defendant(s),

### NOTICE OF DETERMINATION OF MOTION
### WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion – #64
        Motion – #66

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/A Chubb
                                                  Case Manager

Dated:  February 7, 2023